

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:             01-21-00399-CV

Trial Court Cause
Number:                   2016-87802

Style:                    Stephen Paine, Janna McCarter Paine as trustee for Stephen B. Paine Family Trust, Stephen Bartlett Paine, Jr., William Edward Paine, Leanne Patricia Paine

                          v. James M. Golden, Automated Cash, Inc., and Automated ATM Service Corporation

Date motion filed*:       January 19, 2023

Type of motion:          Motion for Extension of Time

Party filing motion:     Appellees, James M. Golden, Automated Cash, Inc., and Automated ATM Service Corporation

Document to be filed:    Motion for Rehearing

Is appeal accelerated? ☐ Yes  ☒ No
If motion to extend time:

    Original due date:                         January 4, 2023

    Number of previous extensions granted:     0

    Date Requested:                            21 days

Ordered that motion is:

    ☒ Granted

        If document is to be filed, document due: **January 25, 2023**

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐ The Court will not grant additional motions to extend time.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

_____

_____

_____

Judge's signature: /s/ Peter Kelly_____
               ☒ Acting individually  ☐ Acting for the Court
Date: January 24, 2023